SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

AUG 3 1 2006

J T NOBLIN, CLERK
BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

MILTON EVANS, JR.                                        **PETITIONER**

                                                        *5:06cv121 DCB-MTP*
VERSUS                              CIVIL ACTION NO. ~~5.05cv172DCB-RHW~~

WARDEN BYRD                                             **RESPONDENT**

### ORDER

BEFORE THE COURT is petitioner's petition for habeas corpus relief [8-1] filed

pursuant to 28 U.S.C. § 2254 on August 28, 2006, in the above referenced civil action.  Upon

review of the record, this court finds that the instant civil action was dismissed on June 15,

2006, by a final judgment.  Therefore, this court has determined that the petition [8-1] filed on

August 28, 2006, should be filed as a separate civil action and assigned a new civil action

number.  This court will address the instant petition [8-1] in the newly filed and assigned civil

action.  Accordingly, it is

ORDERED AND ADJUDGED:

1.  That the petition [8-1] filed August 28, 2006, will not be addressed in the instant

civil action but shall be filed as a new civil action.  Therefore, the petition [8-1] is denied in

this civil action and it will be addressed in the new civil action.

2.  That the Clerk assign the petition [8-1] filed August 28, 2006, a new civil action

number and place a copy of the petition [8-1] in the new civil action along with a copy of this

order.

This the 31st day of August, 2006.

                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE