IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-60970

In Re: MILTON EVANS, JR

        Movant

United States Court of Appeals
Fifth Circuit
**F I L E D**
December 7, 2006

Charles R. Fulbruge III
Clerk

Transfer for the United States District Court for the
Souther District of Mississippi, Jackson

CLERK'S OFFICE:

    Authorization to file a Successive Habeas Corpus Petition is denied for failure to comply with this Court's notice of October 24, 2006.

            CHARLES R. FULBRUGE III
            Clerk of the United States Court
            of Appeals for the Fifth Circuit

By: /s/ Peter Conners
       Peter Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana    DEC 7 2006